**Order entered June 6, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00238-CV

**RAUL H. LOYA, Appellant**

**V.**

**COMMISSION FOR LAWYER DISCIPLINE, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-03536**

## ORDER

We **GRANT** appellant's June 5, 2014 unopposed second motion for an extension of time

to file a brief. Appellant shall file his brief by **July 7, 2014**. We caution appellant that no further

extension of time will be granted absent extraordinary circumstances.

/s/     ADA BROWN
          JUSTICE